UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-61895-CIV-Lenard-Turnoff

MICHAEL TEICH, by LAWRENCE and SANTA
TEICH, LAWRENCE and SANTA TEICH

        Plaintiffs,

v.

THE SCHOOL BOARD OF BROWARD COUNTY,
FLORIDA and TALIA AMY SABO

        Defendants.
_____/

## JOINT MOTION FOR COURT APPROVAL
## FOR SETTLEMENT ON BEHALF OF A MINOR

Defendants, THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA, ("SCHOOL BOARD"), by and through its undersigned attorneys, and TALIA AMY SABO ("SABO"), through undersigned counsel, together with Plaintiffs, MICHAEL TEICH ("Michael"), through his parents and Guardian Advocates, SANTA TEICH ("Mrs. Teich") and LAWRENCE TEICH ("Mr. Teich") (collectively referred to as the "Teich Family"), and SANTA TEICH and LAWRENCE TEICH, in their own right, by and through undersigned counsel, petition the Court for approval of the Settlement Agreement and Release as detailed below.

    1.    On August 5, 2010, Plaintiff settled with the Defendant for the gross total of twenty-five thousand dollars ($25,000). The amount of sixteen thousand six hundred and sixty-six dollars and 67 cents ($16,666.67) is designated as compensatory damages, and the amount of eight thousand three hundred and

thirty-three dollars and thirty-three cents ($8,333.33) is designated as attorneys' fees.

2.      The law firm of Mario R. Theodore, P.A., on behalf of the Plaintiff, MICHAEL TEICH, a minor, through his next friends and parents LAWRENCE and SANTA TEICH, has been involved in this case and believes that this settlement is in the best interest of the minor child.

3.      The parties request that this court enter an Order granting this Joint Motion for Court Approval for Settlement on Behalf of a Minor.

4.      The undersigned counsel is authorized to represent that Plaintiff's counsel authorized the signing and submission of this Motion as a Joint Motion.

WHEREFORE, the parties respectfully request this Court enter an Order granting this Joint Motion for Court Approval for Settlement on Behalf of a Minor.

Dated: September 13, 2010          Respectfully submitted,

Fort Lauderdale, Florida

                                   By: s/ Marylin Batista-McNamara
                                   MARYLIN BATISTA-McNAMARA
                                   Florida Bar No. 0998257

                                   EDWARD J. MARKO
                                   Florida Bar No. 0050447
                                   MARYLIN BATISTA-McNAMARA
                                   Florida Bar No. 0998257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13,  2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on all counsel of record identified on the attached Service List via

transmission of Notice of Electronic Filing generated by CM/ECF.

By: s/ Marylin Batista-McNamara
MARYLIN BATISTA-McNAMARA
Florida Bar No. 0998257
marylin.batista@browardschools.com
OFFICE OF THE SCHOOL BOARD ATTORNEY
The SCHOOL BOARD of Broward County, Florida
K.C. Wright Administration Building
600 Southeast Third Avenue - 11th Floor
Fort Lauderdale, Florida 33301
Telephone:      (754) 321-2050
Facsimile:      (754) 321-2705
Attorneys for The SCHOOL BOARD

**SERVICE LIST**
**Case No. 09-CV-61895-Lenard-Turnoff**

EDWARD J. MARKO, ESQ.
emarko@browardschools.com
MARYLIN BATISTA-McNAMARA
marylin.batista@browardschools.com
OFFICE OF THE SCHOOL BOARD ATTORNEY
The School Board of Broward County, Florida
K.C. Wright Administration Building
600 Southeast Third Avenue - 11th Floor
Fort Lauderdale, Florida 33301
Telephone:     (754) 321-2050
Facsimile:     (754) 321-2705
Counsel for Defendant THE SCHOOL BOARD

Eugene Pettis, Esq.
epettis@haliczerpettis.com
Haliczer Pettis & Schwamm, P.A.
One Financial Plaza – 7th Floor
100 SE 3rd Avenue
Fort Lauderdale, Florida  33394
Telephone:  (954) 523-9922
Facsimile:  (954) 522-2512
Counsel for Defendant THE SCHOOL BOARD

MARIO R. THEODORE, ESQ.
MRTheodore@MRTLawfirm.com
The Law Office of Mario R. Theodore, P.A.
850 NW Federal Highway
Stuart, Florida  34994
Telephone:  (772) 403-5808
Facsimile:     (772) 335-4112
Counsel for Plaintiffs TEICH

MAIDENLY MACALUSO, ESQ.
KEITH GRUMER, ESQ.
mmacaluso@grumerlaw.com
Grumer & Macaluso, P.A.
1 E Broward Blvd., Ste. 1501
Fort Lauderdale, Florida 33301
Telephone:     (954) 713-2700
Facsimile:     (954) 713-2713
Counsel for Defendant TALIA AMY SABO