UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61895-CIV-LENARD/O'SULLIVAN

MICHAEL TEICH, et al.,
    Plaintiffs,

vs.

BROWARD COUNTY SCHOOL BOARD,
et al.,
    Defendants.
_____/

## ORDER COMPELLING APPEARANCE AT DEPOSITION

THIS MATTER is before the Court on the Defendant Talia Sabo's Motion to Compel Deposition (DE # 182, 9/6/11). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Dr. Flaherty failed to respond to the Defendant Talia Sabo's Motion to Compel Deposition (DE # 182, 9/6/11). The undersigned issued an Order on October 4, 2011, (DE # 205, 10/4/11), requiring Dr. David Flaherty to file a response to the Defendant Talia Sabo's Motion to Compel Deposition (DE# 182, 9/6/11) on or before October 13, 2011. The undersigned further Ordered Dr. David Flaherty or counsel for Dr. David Flaherty to be present at an October 18, 2011, hearing before him. The October 4, 2011, Order further required that the defendant, Talia Sabo, serve that Order on Dr. David Flaherty, and file a notice with this Court once service had been accomplished. On October 6, 2011, the defendant filed a Notice of Filing (DE # 207) with the Court, with a return of service for Dr. David Flaherty attached to

the Notice. On October 18, 2011, the undersigned held the aforementioned hearing in this matter, to which either Dr. Flaherty or his counsel was to appear. Dr. Flaherty did not appear at the October 18, 2011, hearing. Likewise, an attorney for Dr. Flaherty did not appear at the October 18, 2011, hearing. In accordance with the foregoing, it is

ORDERED AND ADJUDGED that the Defendant Talia Sabo's Motion to Compel Deposition (DE # 182, 9/6/11) is GRANTED. It is further

ORDERED AND ADJUDGED that Dr. Flaherty shall appear for deposition at 10:00 A.M. on November 1, 2011, at the Law Offices of Polenberg Cooper, P.A., located at 1351 Sawgrass Corporate Parkway, Suite 101, Ft. Lauderdale, FL 33323. It is further

ORDERED AND ADJUDGED that the Defendant Talia Sabo shall personally serve Dr. Flaherty with this Order on or before October 25, 2011. It is further

ORDERED AND ADJUDGED that the Defendant Talia Sabo shall notify the Court once Dr. Flaherty has been personally served with this Order. It is further

ORDERED AND ADJUDGED that the failure of Dr. Flaherty to appear for deposition on November 1, 2011, at the Law Offices of Polenberg Cooper, P.A., located at 1351 Sawgrass Corporate Parkway, Suite 101, Ft. Lauderdale, FL 33323, may result in sanctions, including, but not limited to being held in contempt, fined and incarcerated.

DONE and ORDERED, in chambers, in Miami, Florida, this 18th day of October, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record